CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191
russ@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Walter Pisarczyk and Pat Pisarczyk**, <br><br>Plaintiffs, <br><br>v. <br><br>**SR Mutual Investment Corp.; Shadow Mountain Resort Investment Group LLC;** <br><br>Defendants. | Case No.: 5:20-cv-01045-DSF-SHK <br><br>**Joint Notice of Settlement** <br><br>**L.R. 16-15.7** <br><br>*[Proposed] Order filed concurrently herewith* |

TO THE HONORABLE COURT:

In accordance with Local Rule 16-15.7, the Parties report that they have reached a tentative settlement in the above-captioned matter, subject to execution of a written settlement agreement.

The Parties respectfully request that the Court take this matter off active docket pending the Parties' finalization of a written settlement agreement, completion of settlement terms, and filing of a stipulation for dismissal, a process the parties estimate will take no longer than ninety (90) days.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully Submitted,

Dated: June 24, 2020

By: /s/ Michelle Uzeta
    Michelle Uzeta, Esq.
    Attorneys for Plaintiff

Dated: June 24, 2020    Law Offices of David A. Robinson

By: /s/ David A. Robinson
    David A. Robinson, Esq.
    Attorneys for Defendant

Joint Notice of Settlement